**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1536**

LARISA A. TURKATTE,

　　　　　Plaintiff - Appellant,

　　v.

LOUISVILLE PANELS, LLC, d/b/a Fischersips, f/k/a Fischerips, LLC, A Kentucky limited liability company,

　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Senior District Judge.  (4:24-cv-00071-RBS-LRL)

Submitted:  November 25, 2025　　　　　　　　Decided:  December 1, 2025

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Larisa A. Turkatte, Appellant Pro Se.  Bethany Jean Fogerty, WILLCOX & SAVAGE, PC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larisa A. Turkatte appeals the district court's orders granting Defendant's motion to dismiss her civil complaint pursuant to Fed. R. Civ. P. 12(b)(6) and denying her Fed. R. Civ. P. 59(e) motion for reconsideration.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's orders.  *Turkatte v. Louisville Panels, LLC*, No. 4:24-cv-00071-RBS-LRL (E.D. Va. Mar. 11, 2025; May 12, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*